Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 12−30950−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chery Sacchetti
aka Chery Lemmerman, aka Cheryllee Lemmerman
109 N Clemont Ave
Margate City, NJ 08402

Anthony Sacchetti
109 N Clemont Ave
Margate City, NJ 08402

Social Security No.:
xxx−xx−3429                                          xxx−xx−8330

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 2, 2016.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 2, 2016
JJW: cmf

James J. Waldron
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                       Case No. 12-30950-JNP
Chery Sacchetti                                              Chapter 13
Anthony Sacchetti
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2            Date Rcvd: Sep 02, 2016
                             Form ID: 148             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db/jdb         +Chery Sacchetti,   Anthony Sacchetti,   109 N Clemont Ave,   Margate City, NJ 08402-2127
nc             +Laurent W Metzler,   74 E. Second Street,   Moorestown, NJ 08057-3318
513306862      +Aspire VISA,   Payment Processing,   PO Box 790317,   Saint Louis, MO 63179-0317
513306863      +Bank of America,   PO Box 660694,   Dallas, TX 75266-0694
513306870     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Exxon Mobil,   Processing Center,   Des Moines, IA 50361)
513558893     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
515516864      +ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
515516865      +ECMC,   PO BOX 16408,   St. Paul, MN 55116,   ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
513306871      +Family Cost Participation,   Central Management,   c/o Covansys,   PO Box 29134,
                Mission, KS 66201-9134
513399924      +Ginny's,   PO Box 740933,   Dallas, TX 75374-0933
513306874      +Ginny's,   c/o Creditors Bankruptcy Service,   PO Box 740933,   Dallas, TX 75374-0933
515728583      +HESSA,   PO Box 548,   Trenton, NJ 08625-0548
513306879      +Jersey Urology Group,   403 Bethel Road,   Somers Point, NJ 08244-2108
513306880      +Lyons, Doughty & Velhauis, P.C.,   136 Gaither Drive - Suite 100,   PO Box 1269,
                Mount Laurel, NJ 08054-7269
513306881       Midland Funding, LLC,   c/o Pressler & Pressler, LLP,   7 Entin Road,
                Parsippany, NJ 07054-5020
513306882      +Msw Capital, LLC,   c/o Pressler&Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
513340493      +NJCLASS,   PO Box 548,   Trenton, NJ 08625-0548
513306883      +NJHESA,   c/o Russell P. Goldman, Esquire,   121 Highway 36 Suite 130,
                West Long Branch, NJ 07764-1460
515246274      +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
513399927      +Seventh Avenue,   P.O. Box 740933,   Dallas, TX 75374-0933
513306885      +Seventh Avenue,   C/o Creditors Bankruptcy Service,   PO Box 740933,   Dallas, TX 75374-0933
514767046      +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,
                Highlands Ranch, Colorado 80129-2386
514767047      +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, Colorado 80129,
                Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,
                Highlands Ranch, Colorado 80129-2386
514432040      +THE BANK OF NEW YORK MELLON FKA,   THE BANK OF NEW YORK,   FRENKEL, LAMBERT, W,W & G, LLP,
                80 MAIN STREET, SUITE 460,   WEST ORANGE, NJ 07052-5414
513306888      +The Children's Hospital of Hospital,   Hospital Billing-CHOP,   Look Box 7802,   PO Box 8500,
                Philadelphia, PA 19178-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 02 2016 23:00:34     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 02 2016 23:00:25     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr              EDI: FORD.COM Sep 02 2016 22:38:00    Ford Motor Credit Company, LLC,   P.O. Box 6275,
                Dearborn, MI  48121
513364899       EDI: AIS.COM Sep 02 2016 22:38:00    American InfoSource LP as agent for,
                Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
513508880      +EDI: ACCE.COM Sep 02 2016 22:38:00    Asset Acceptance LLC,   Po Box 2036,
                Warren MI 48090-2036
513469528      +E-mail/Text: BKRMailOps@weltman.com Sep 02 2016 23:00:37     Atlantic Credit and Finance, Inc.,
                Successor in Interest to HSBC CONSUMER L,   c/o Weltman, Weinberg & Reis, Co., LPA,
                P.O. Box 6597,   Cleveland, OH 44101-1597
513306864       EDI: HFC.COM Sep 02 2016 22:38:00    Beneficial,   PO Box 4153-K,
                Carol Stream, IL 60197-5233
513306865      +EDI: CAPITALONE.COM Sep 02 2016 22:38:00    Capital One Bank,   PO Box 71083,
                Charlotte, NC 28272-1083
513386521       EDI: CAPITALONE.COM Sep 02 2016 22:38:00    Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
513315114      +E-mail/Text: bankruptcy@cavps.com Sep 02 2016 23:00:57     Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
513306867      +EDI: CHASE.COM Sep 02 2016 22:38:00    Chase,   Cardmember Services,   PO Box 15153,
                Wilmington, DE 19886-5153
513306866      +EDI: CHASE.COM Sep 02 2016 22:38:00    Chase,   Cardmember Service,   PO Box 15153,
                Wilmington, DE 19886-5153
513306869      +EDI: BASKLAR.COM Sep 02 2016 22:38:00    Equable Ascent,   c/o Andrew Sklar, Esquire,
                102 Browning Lane, Building B, Suite 1,   Cherry Hill, NJ 08003-3195
513364344       EDI: FORD.COM Sep 02 2016 22:38:00    Ford Motor Credit Company LLC,   Dept 55953,
                P O Box 55000,   Detroit  MI  48255-0953
513306873      +EDI: RMSC.COM Sep 02 2016 22:38:00    GEMB - GE Money LOC,   PO Box 103106,
                Roswell, GA 30076-9106
513306877      +EDI: HFC.COM Sep 02 2016 22:38:00    HSBC,   Payment Center,   PO box 17313,
                Baltimore, MD 21297-1313
```

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Sep 02, 2016
                               Form ID: 148                 Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513306876       +EDI: HFC.COM Sep 02 2016 22:38:00      Household Bank Platinum Master Card,   HSBC Card Services,
                 PO Box 17051,    Baltimore, MD 21297-1051
513306878        EDI: IRS.COM Sep 02 2016 22:38:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   P.O. 21126,    Philadelphia, PA 19114-0326
513486817        EDI: JEFFERSONCAP.COM Sep 02 2016 22:38:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513572791        EDI: AIS.COM Sep 02 2016 22:38:00      Midland Funding LLC,   by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX 77210-4457
513306884       +EDI: HFC.COM Sep 02 2016 22:38:00      Orchard Bank,   HSBC Card Services,   PO Box 17051,
                 Baltimore, MD 21297-1051
513602027        EDI: PRA.COM Sep 02 2016 22:38:00      Portfolio Recovery Associates, LLC,   c/o Capital One, Na,
                 POB 41067,    Norfolk VA 23541
513602342        EDI: PRA.COM Sep 02 2016 22:38:00      Portfolio Recovery Associates, LLC,   c/o Ge Money Bank,
                 POB 41067,    Norfolk VA 23541
513602403        EDI: PRA.COM Sep 02 2016 22:38:00      Portfolio Recovery Associates, LLC,   c/o Orchard Bank,
                 POB 41067,    Norfolk VA 23541
513349195        EDI: RECOVERYCORP.COM Sep 02 2016 22:38:00      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
513370170        EDI: NEXTEL.COM Sep 02 2016 22:38:00      Sprint Nextel Correspondence,   Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
513306886       +E-mail/Text: jboehler@shorememorial.org Sep 02 2016 23:01:58      Shore Memorial Hospital,
                 PO Box 217,    Somers Point, NJ 08244-0217
513517470       +EDI: BANKAMER.COM Sep 02 2016 22:38:00      The Bank of New York Mellon f/k/a The Bank of New,
                 c/o Bank of America, N.A.,   7105 Corportate Drive,    Plano, TX 75024-4100
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513306868      Dell Preferred Account,   Payment Processing Center,   PO Box 6403
513306872      Ford Credit
513306887      State of NJ - Division of Taxation,   PO Box 046
513306875*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:   Home Depot,   Home Depot Credit Services,   Processing Center,
                 Des Moines, IA 50364)
                                                                                               TOTALS: 3, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               as trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-11
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laurent W. Metzler    on behalf of Joint Debtor Anthony   Sacchetti LWM@metzlerdesantis.com
              Laurent W. Metzler    on behalf of Debtor Chery   Sacchetti LWM@metzlerdesantis.com
              Laurent W. Metzler    on behalf of Non Compliance Laurent W Metzler LWM@metzlerdesantis.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Sean M. O'Brien    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               as trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-11
               sobrien@flwlaw.com
                                                                                               TOTAL: 9
```