Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 12–30950–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chery Sacchetti
aka Chery Lemmerman, aka Cheryllee Lemmerman
109 N Clemont Ave
Margate City, NJ 08402

Anthony Sacchetti
109 N Clemont Ave
Margate City, NJ 08402

Social Security No.:
xxx–xx–3429                                           xxx–xx–8330

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 19, 2016          Jerrold N. Poslusny Jr.
                                 Judge, United States Bankruptcy Court